————o————

## No. 3473.

(Court of Appeal, Parish of Orleans.)

WIDOW ISAAC LICHENTAG vs. M. FEITEL, et al.

LAMBERT BROS. vs. MRS. I. LICHENTAG, et al.

FRANK KEFF vs. J. H. PETRIE, et al.

1. All parties to the suit who are not appellants are appellees, and all are concluded by the judgment rendered on appeal. A second appeal

cannot be allowed.

Appeal from Civil District Court, Division "B."

H. W. Robinson, for Lambert Bros and Fred Keff, Appellant.

E. H. McCaleb and A. B. Leopold, for Appellees.

DUFOUR, J. The present appellants were appellees in suit No. 3221, recently decided, and that decision exhausted our appelate jurisdiction in the premises.

No review can now be had of a judgment, which could have been had on the first appeal, either by motion to amend or be becoming appellants.

Arts. 888-889 C. P.

42 An. 441, 48 A. 351, 105 La. 309.

The first decision concludes both appellants and appellees.

The motion to dismiss must prevail.

May 16, 1904.

Rehearing refused March 20, 1905.